JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2900 BRISTOL STREET, A-208
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax:(949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: PLAINTIFF

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cv-8723-ODW (Skx) |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| JUAN M. Villalobos, | |
| Defendant, | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, JUAN M. Villalobos, in the principal amount of $11,753.48 plus interest accrued to September 18, 2017, in the sum of $5,001.42 with interest accruing thereafter at the daily rate of $1.37 until entry of judgment, for a total amount of $<u>16,754.90.</u>

DATED: December 6, 2017        By: _____

                                    Otis D. Wright, II
                                    Judge, United States District Court